AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)            Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

> SOUTHERN DISTRICT OF MISSISSIPPI
> **FILED**
> FEB 17 2016
> ARTHUR JOHNSTON
> BY_____ DEPUTY

United States of America
v.
JESSE DELACRUZ

)
)
)
)
)
)

Case No:   1:08cr104HSO-RHW

USM No:   15106-043

Date of Original Judgment:        10/01/2009
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Michael Scott
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED.   ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     264     months **is reduced to**   211 months               .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated     10/01/2009     shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   2/17/2016

Effective Date:   2/17/2016
*(if different from order date)*

_____
*Judge's signature*

The Honorable Halil Suleyman Ozerden   U.S. District Judge
*Printed name and title*